No. 384. S. H. KRESS & CO. ET AL. *v.* JOHNSON, GOVERNOR. Jurisdictional statement distributed September 10, 1936. Decided October 19, 1936. *Per Curiam:* The motion of the appellees to affirm the decree is granted. *Powell* v. *Pennsylvania,* 127 U. S. 678, 685, 686; *Price* v. *Illinois,* 238 U. S. 446, 451, 452; *Standard Oil Co.* v. *Marysville,* 279 U. S. 582, 584; *Nebbia* v. *New York,* 291 U. S. 502, 537, 538. *Messrs. Paul W. Lee, George H. Shaw,* and *Wm. A. Bryans, III,* for appellants. *Messrs. Norris C. Bakke* and *Hudson Moore* for appellee.